**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:24-cv-03514 |
| HIGHLANDER CONSTRUCTION & DESIGN, INC.; SIMON GASIENICA-DANIEL; and STEVEN JOUNG, | ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL (WITHOUT PREJUDICE)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff U.S. Specialty Insurance Company ("USSIC") provides notice and hereby dismisses the present lawsuit without prejudice.

1. On May 1, 2024, USSIC filed a Complaint for Declaratory Judgment against the captioned defendants. (ECF No. 1.)

2. Rule 41(a)(1) of the Federal Rules of Civil Procedure provides, in relevant part:

> [T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; …

Fed. R. Civ. P. 41(a)(1)(A)(i).

3. None of the defendants have filed either an answer to USSIC's Complaint or a motion for summary judgment.

4. Accordingly, this matter may properly be dismissed without a court order.

Dated: June 11, 2024                        Respectfully submitted,

/s/ Jordon S. Steinway
Jordon S. Steinway
Allison Y. Cho
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Telephone: (312) 762-3169
Email: jsteinway@batescarey.com
Email: acho@batescarey.com

*Counsel for U.S. Specialty Insurance Company*

23765.8383910